No. 10-5771. Thane Thompson, Petitioner v. Florida.

562 U.S. 966, 131 S. Ct. 466, 178 L. Ed. 2d 297, 2010 U.S. LEXIS 7950.

October 12, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 25 So. 3d 646.

No. 10-5773. Robert Medrano, Petitioner v. New Jersey.

562 U.S. 967, 131 S. Ct. 467, 178 L. Ed. 2d 297, 2010 U.S. LEXIS 7936.

October 12, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

No. 10-5774. Valentino Dixon, Petitioner v. James Conway, Superintendent, Attica Correctional Facility.

562 U.S. 967, 131 S. Ct. 467, 178 L. Ed. 2d 297, 2010 U.S. LEXIS 8029.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-5777. Kirk Wayne McBride, Sr., Petitioner v. Texas.

562 U.S. 967, 131 S. Ct. 467, 178 L. Ed. 2d 297, 2010 U.S. LEXIS 7934.

October 12, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Thirteenth District, denied.

No. 10-5778. Jessie St. Amant, Petitioner v. Louisiana.

562 U.S. 967, 131 S. Ct. 467, 178 L. Ed. 2d 297, 2010 U.S. LEXIS 8039.

October 12, 2010. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 39 So. 3d 589.

No. 10-5784. Albert Insua, Petitioner v. J. McDonald, Warden.

562 U.S. 967, 131 S. Ct. 467, 178 L. Ed. 2d 297, 2010 U.S. LEXIS 7953.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 853.

No. 10-5791. Vasila Georgieva, Petitioner v. Barnes & Noble.

562 U.S. 967, 131 S. Ct. 499, 178 L. Ed. 2d 297, 2010 U.S. LEXIS 8065,

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.